ACCEPTED
03-15-00533-CV
7767032
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 2:18:29 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00533-CV

In the Court of Appeals
For the Third Court of Appeals District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 2:18:29 PM
JEFFREY D. KYLE
Clerk

## LEAH SHIKE

*Appellant,*

v.

## ANTHONY CHARLES FLOT

*Appellee*

On Appeal from the 335th Judicial District Court, Bastrop County, Texas
Trial Court Cause No. 29,439

## APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

HENSLEY LAW FIRM
Edward Hensley
SBN. 09492500
ed@hensleylawfirm.com

Deborah Hensley Loewe
SBN. 00793939
deborah@hensleylawfirm.com

3809 South 2nd Street, Ste. A-100
Austin, Texas 78704
(512) 476-9988
(512) 327-9992, facsimile

*Counsel for Appellant, Leah Shike*

## Identity of Parties and Counsel

**Appellant/Plaintiff**

**Plaintiff/Appellant's Appellate Counsel:**

HENSLEY LAW FIRM

Edward Hensley
SBN. 09492500
ed@hensleylawfirm.com

Deborah Hensley Loewe
SBN. 00793939
deborah@hensleylawfirm.com

3809 South 2nd Street, Ste. A-100
Austin, Texas 78704
(512) 476-9988
(512) 327-9992, facsimile

**Appellee/Defendant**

**Defendant/Appellee's Appellate Counsel:**

CLARK, TREVINO & ASSOCIATES

Ethan Goodwin
SBN. 24064492
ethan.goodwin@farmersinsurance.com

1701 Directors Boulevard, Ste. 920
Austin, Texas 78744
(512) 445-1580
(512) 383-0503, facsimile

i

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant, Leah Shike ("Appellant") files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due November 16, 2015.

Counsel for Appellant requests a 30-day extension of time to file Appellant's brief, making the brief due on December 16, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

- The undersigned has been under a heavy workload and it has been impossible to reach this case for study and analysis and preparation of the Brief for Appellant.

Counsel for Appellant seeks this extension of time to be able to prepare a persuasive and concise brief to aid this Court in its analysis of the issues presented.

This request is not sought for delay but so that justice may be done.

The undersigned has conferred with Ethan Goodwin, counsel for the Defendant/Appellee, and he has indicated that his client does not oppose this Motion.

All facts recited in this Motion are within the personal knowledge of the counsel signing this Motion, therefore, no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to and including December 16, 2015. Appellant requests all other relief to which she may be justly entitled.

1

Respectfully submitted,

HENSLEY LAW FIRM

By: Edward Hensley
SBN. 09492500
ed@hensleylawfirm.com

Deborah Hensley Loewe
SBN. 00793939
deborah@hensleylawfirm.com

3809 South 2nd Street, Ste. A-100
Austin, Texas 78704
(512) 476-9988
(512) 327-9992, facsimile

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that the undersigned conferred with opposing counsel who indicated that his client does *not* oppose this motion.

Edward Hensley

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension was forwarded to the following counsel of record on this _10_ day of _November_ , 2015:

***Via Facsimile (512) 383-0503***
Ethan Goodwin
Clark, Trevino & Associates
1701 Directors Boulevard, Ste. 920
Austin, Texas 78744

Edward Hensley

2